LILLIAN KUHN, Respondent, v. NATIONAL CASUALTY COMPANY, Appellant.— Judgments of Onondaga County Court and Syracuse Municipal Court reversed

on the law and complaint dismissed, with costs in all courts, on the authority of *Best* v. *North American Accident Insurance Co.* (248 N. Y. 525). All concur. (The judgments are for plaintiff in an action under an accident insurance policy.) Present — Sears, P. J., Crosby, Lewis, Taylor, and Dowling, JJ.